United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Blake's Trucking, LLC  
    Debtor

Case No. 17-12182-ref  
Chapter 11

## CERTIFICATE OF NOTICE

District/off: 0313-4     User: dlv     Page 1 of 1     Date Rcvd: Oct 18, 2017  
                Form ID: pdf900     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 20, 2017.
```
db             +Blake's Trucking, LLC,    133 Constitution Ave.,    Reading, PA 19606-9410
cr             +Commonwealth of PA  UCTS,    651 Boas Street, Room 702,    Harrisburg, PA 17121-0751
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.        TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 20, 2017                             Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 18, 2017 at the address(es) listed below:
```
              DAVE P. ADAMS    on behalf of U.S. Trustee    United States Trustee dave.p.adams@usdoj.gov
              HOWARD   GERSHMAN    on behalf of Creditor    PACCAR Financial Corp. hg229ecf@gmail.com,
               229ecf@glpoc.comcastbiz.net
              JOHN A. DIGIAMBERARDINO    on behalf of Debtor    Blake's Trucking, LLC jad@cdllawoffice.com,
               dmk@cdllawoffice.com,reb@cdllawoffice.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    Toyota Motor Credit Corporation
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
```
                                                     TOTAL: 5

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:
    CHRISTOPHER E. BLAKE              NO. 17-12184 REF
    MITZIENE D. LINDO-BLAKE           CHAPTER 13

IN RE:
    BLAKE'S TRUCKING LLC              NO. 17-12182 REF
                                                          CHAPTER 13

**STIPULATION IN RESOLUTION OF MOTION OF PACCAR FINANCIAL CORP FOR RELIEF FROM STAY RE: THREE KENWORTH MOTOR VEHICLES [DOCUMENT 67]**

The parties, by counsel, agree as follows and request the same be made an Order of Court:

1.    PACCAR Financial Corp. ("PACCAR") is a secured creditor of Debtors Christopher E. Blake and Mitizene D. Lindo-Blake (as guarantors), and Blake's Trucking, LLC, with a perfected purchase money security interest in three (3) Kenworth motor vehicles ("Vehicles") owned by Blake's Trucking, pursuant to the terms of retail installment purchase contracts.

2.    Debtors shall continue to maintain casualty and comprehensive insurance on the vehicle with PACCAR named as loss payee and provide proof thereof.

3.    Debtors have tendered adequate protection payments but there is a post-petition default of $1,598.20 as of September 28, 2017.

4.    Debtors shall continue to make payments of $4,883.20 as required by this Court's Order of July 13, 2017 [Doc. 59] and in addition shall pay at least an additional $532.73 per month in October, November and December, 2017.

5.    In the event Debtors fail to make any payment when due or fail to provide proof of appropriate insurance, then PACCAR shall send written notice of the default by first class mail to Debtors' counsel as well as to Debtors addressed to 13 Constitution Avenue, Reading, PA 19606. If the default is not cured within ten (10) days from the date of the notice, then PACCAR may certify the default to the Court to obtain an

immediately effective [with waiver of F.R.B.P. 4001(a)(3)] relief from stay order to enforce its *in rem* rights as to the Vehicle, without need of further Court hearing.

This may be signed in counterparts, electronically and/or by facsimile.

GERSHMAN LAW OFFICES, PC

_____
Howard Gershman, Esquire
610 York Road, Ste. 200
Jenkintown, PA 19046
howard@gershman-law.com
Fax: 215 886 1118

CASE & DIGIAMBERARDINO, PC

_____
John A. DiGiamberardino, Esquire
845 North Park Road
Suite 101
Wyomissing, PA 19610

NO OBJECTION/NO POSITION:

_____
Frederick L. Reigle, Trustee
10/17/17

10/18/17

BY THE COURT

_____
Richard E. Fehling
USBJ