UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:  BLAKE'S TRUCKING LLC

NO. 17-12182 REF
CHAPTER 13

PRAECIPE TO WITHDRAW CERTIFICATION
DOCUMENT NO.  42

TO THE CLERK:

Please mark the Certification , Doc 42, as withdrawn;  The certification

properly filed in case No. 17-12184

January 3, 2018

GERSHMAN LAW OFFICES, PC

Howard Gershman
610 York Road, Ste. 200
Jenkintown, PA 19046
215.886.1120