UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:  CHRISTOPHER AND
MITIZENE LINDO-BLAKE,                    Case No.    17-12184-ref amc
      Debtor                              Chapter     13

In re:  Blake's Trucking, LLC            Case No.    17-12182-ref amc
      Debtor -in-Possession               Chapter     11

**ORDER**

Upon consideration of the Motion to Deconsolidate and/or Sever Case, it is Ordered that the Motion to Deconsolidate and/or Sever Case is granted and the above case is hereby severed so as to allow the debtors to proceed to complete their Chapter 11 and Chapter 13 cases separately.

8/8/19

BY THE COURT:

_____ J.