United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                   Case No. 17-12182-amc
Blake's Trucking, LLC                                                    Chapter 11
          Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-4         User: Lisa            Page 1 of 2            Date Rcvd: Aug 08, 2019
                            Form ID: pdf900        Total Noticed: 25

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 10, 2019.
db              +Blake's Trucking, LLC,    133 Constitution Ave.,    Reading, PA 19606-9410
smg             +Bureau of Audit and Enforcement,   City of Allentown,    435 Hamilton Street,
                 Allentown, PA 18101-1603
                 City Treasurer,   Eighth and Washington Streets,    Reading, PA  19601
smg             +Dun & Bradstreet, INC,   3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg             +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg             +Tax Claim Bureau,   633 Court Street,    Second Floor,   Reading, PA 19601-4300
13891416        +Christopher Blake,   133 Constitution Ave.,    Reading, PA 19606-9410
13891415        +Christopher and Mitizene Blake,   133 Constitution Ave.,    Reading, PA 19606-9410
13891418        +National Tire and Battery/Citi Card,    P.O. Box 6497,    Sioux Falls, SD 57117-6497
13891420        +Renata Bukhman, Esquire,   17 State St., Ste. 4000,    New York, NY 10004-1508
13891421        +Spark Funding, LLC,   17875 Collins Ave.,    Sunny Isles Beach, FL 33160-2718
13925043        +Toyota Motor Credit Corporation,    PO Box 9013,   Addison, Texas 75001-9013
13902946        +Wells Fargo Bank, N.A.,    Business Direct Division,    P.O. Box 29482,    Phoenix, AZ 85038-9482

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: cio.bncmail@irs.gov Aug 09 2019 02:46:00      Internal Revenue Service,
                 P.O. Box 7346,   Philadelphia, PA  19101-7346
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 09 2019 02:46:12
                 Pennsylvania Department of Revenue,   Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 09 2019 02:46:26      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,   Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr              +E-mail/Text: ra-li-ucts-bankhbg@state.pa.us Aug 09 2019 02:46:46      Commonwealth of PA  UCTS,
                 651 Boas Street, Room 702,    Harrisburg, PA 17121-0751
13891414         E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 09 2019 02:47:42
                 Capital One Bank USA Na,   15000 Capital One Drive,    Richmond, VA 23238
13891417         E-mail/Text: megan.harper@phila.gov Aug 09 2019 02:46:31      City of Philadelphia,
                 1401 JFK Blvd.,   Philadelphia, PA 19107
13891681        +E-mail/Text: ra-li-ucts-bankhbg@state.pa.us Aug 09 2019 02:46:45      COMMONWEALTH OF PA  UCTS,
                 DEPARTMENT OF LABOR AND INDUSTRY,   COLLECTIONS SUPPORT UNIT,    651 BOAS STREET, ROOM 702,
                 HARRISBURG, PA 17121-0751
13891419         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 09 2019 02:46:12      PA Dept. of Revenue,
                 Dept. 280946,   Attn: Bankruptcy Division,    Harrisburg, PA 17128-0946
14279260         E-mail/Text: pfc.bankruptcy.packages@paccar.com Aug 09 2019 02:46:38      PACCAR Financial Corp,
                 Attn: Linda Markle Bky Specialist,    PO Box 1518,   Bellevue, WAS 98009
14279433        +E-mail/Text: pfc.bankruptcy.packages@paccar.com Aug 09 2019 02:46:38      PACCAR Financial Corp,
                 777 106th Avenue NE,   Bellevue WA 98004-5027
13931989         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 09 2019 02:46:12
                 Pennsylvania Department of Revenue,   Bankruptcy division, P O Box 280946,
                 Harrisburg P A 17128-0946
13891422        +E-mail/Text: bankruptcy@yellowstonecapllc.com Aug 09 2019 02:46:42      Yellowstone Capital LLC,
                 One Evertrust Plaza, Ste. 1401,    Jersey City, NJ 07302-3087
                                                                                     TOTAL: 12

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13961398*       +COMMONWEALTH OF PA  UCTS,   DEPARTMENT OF LABOR AND INDUSTRY,    COLLECTIONS SUPPORT UNIT,
                 651 BOAS STREET, ROOM 702,    HARRISBURG, PA 17121-0751
                                                                              TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 10, 2019                                 Signature:  /s/Joseph Speetjens

District/off: 0313-4          User: Lisa                 Page 2 of 2            Date Rcvd: Aug 08, 2019
                              Form ID: pdf900            Total Noticed: 25

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 8, 2019 at the address(es) listed below:
        DAVE P. ADAMS    on behalf of U.S. Trustee    United States Trustee dave.p.adams@usdoj.gov
        HOWARD  GERSHMAN    on behalf of Creditor    PACCAR Financial Corp. hg229ecf@gmail.com,
      229ecf@glpoc.comcastbiz.net
        JOHN A. DIGIAMBERARDINO    on behalf of Debtor    Blake's Trucking, LLC jad@cdllawoffice.com,
      dmk@cdllawoffice.com
        KEVIN G. MCDONALD    on behalf of Creditor    Toyota Motor Credit Corporation
      bkgroup@kmllawgroup.com
        MATTEO SAMUEL WEINER    on behalf of Creditor    Toyota Motor Credit Corporation
      bkgroup@kmllawgroup.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                         TOTAL: 6

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:   CHRISTOPHER AND
MITIZENE LINDO-BLAKE,                    Case No.   17-12184-ref *amc*
                Debtor                   Chapter    13

In re:   Blake's Trucking, LLC           Case No.   17-12182-ref *amc*
                Debtor -in-Possession     Chapter    11

**ORDER**

Upon consideration of the Motion to Deconsolidate and/or Sever Case, it is Ordered that
the Motion to Deconsolidate and/or Sever Case is granted and the above case is hereby severed
so as to allow the debtors to proceed to complete their Chapter 11 and Chapter 13 cases
separately.

BY THE COURT:

8/9/19

_____ J.