United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 17-12182-amc
Blake's Trucking, LLC                                                     Chapter 11
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: ChrissyW          Page 1 of 2          Date Rcvd: Sep 06, 2019
                             Form ID: pdf900          Total Noticed: 25

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 08, 2019.
db          +Blake's Trucking, LLC,    133 Constitution Ave.,    Reading, PA 19606-9410
smg         +Bureau of Audit and Enforcement,   City of Allentown,    435 Hamilton Street,
             Allentown, PA 18101-1603
             City Treasurer,   Eighth and Washington Streets,    Reading, PA  19601
smg         +Dun & Bradstreet, INC,    3501 Corporate Pkwy.,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg         +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg         +Tax Claim Bureau,    633 Court Street,   Second Floor,    Reading, PA 19601-4300
13891416    +Christopher Blake,    133 Constitution Ave.,    Reading, PA 19606-9410
13891415    +Christopher and Mitizene Blake,    133 Constitution Ave.,    Reading, PA 19606-9410
13891418    +National Tire and Battery/Citi Card,    P.O. Box 6497,    Sioux Falls, SD 57117-6497
13891420    +Renata Bukhman, Esquire,    17 State St., Ste. 4000,    New York, NY 10004-1508
13891421    +Spark Funding, LLC,    17875 Collins Ave.,    Sunny Isles Beach, FL 33160-2718
13925043    +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
13902946    +Wells Fargo Bank, N.A.,    Business Direct Division,    P.O. Box 29482,    Phoenix, AZ 85038-9482

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: cio.bncmail@irs.gov Sep 07 2019 02:45:21     Internal Revenue Service,
             P.O. Box 7346,   Philadelphia, PA 19101-7346
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 07 2019 02:45:35
             Pennsylvania Department of Revenue,    Bankruptcy Division,   P.O. Box 280946,
             Harrisburg, PA  17128-0946
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 07 2019 02:45:53     U.S. Attorney Office,
             c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
cr          +E-mail/Text: ra-li-ucts-bankhbg@state.pa.us Sep 07 2019 02:46:24     Commonwealth of PA  UCTS,
             651 Boas Street, Room 702,    Harrisburg, PA 17121-0751
13891414     E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 07 2019 02:45:03
             Capital One Bank USA Na,    15000 Capital One Drive,   Richmond, VA 23238
13891417     E-mail/Text: megan.harper@phila.gov Sep 07 2019 02:46:03     City of Philadelphia,
             1401 JFK Blvd.,   Philadelphia, PA 19107
13891681    +E-mail/Text: ra-li-ucts-bankhbg@state.pa.us Sep 07 2019 02:46:24     COMMONWEALTH OF PA  UCTS,
             DEPARTMENT OF LABOR AND INDUSTRY,    COLLECTIONS SUPPORT UNIT,    651 BOAS STREET, ROOM 702,
             HARRISBURG, PA 17121-0751
13891419     E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 07 2019 02:45:35     PA Dept. of Revenue,
             Dept. 280946,   Attn: Bankruptcy Division,    Harrisburg, PA 17128-0946
14279260     E-mail/Text: pfc.bankruptcy.packages@paccar.com Sep 07 2019 02:46:16     PACCAR Financial Corp,
             Attn: Linda Markle Bky Specialist,    PO Box 1518,   Bellevue, WAS 98009
14279433    +E-mail/Text: pfc.bankruptcy.packages@paccar.com Sep 07 2019 02:46:15     PACCAR Financial Corp,
             777 106th Avenue NE,    Bellevue WA 98004-5027
13931989     E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 07 2019 02:45:35
             Pennsylvania Department of Revenue,    Bankruptcy division,   P O Box 280946,
             Harrisburg P A 17128-0946
13891422    +E-mail/Text: bankruptcy@yellowstonecapllc.com Sep 07 2019 02:46:18     Yellowstone Capital LLC,
             One Evertrust Plaza, Ste. 1401,    Jersey City, NJ 07302-3087
                                                                                    TOTAL: 12


             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13961398*   +COMMONWEALTH OF PA UCTS,    DEPARTMENT OF LABOR AND INDUSTRY,    COLLECTIONS SUPPORT UNIT,
             651 BOAS STREET, ROOM 702,    HARRISBURG, PA 17121-0751
                                                                         TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 08, 2019                          Signature:  /s/Joseph Speetjens

District/off: 0313-4          User: ChrissyW          Page 2 of 2          Date Rcvd: Sep 06, 2019
                              Form ID: pdf900          Total Noticed: 25

_____

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 5, 2019 at the address(es) listed below:
        DAVE P. ADAMS   on behalf of U.S. Trustee    United States Trustee dave.p.adams@usdoj.gov
        HOWARD  GERSHMAN   on behalf of Creditor   PACCAR Financial Corp. hg229ecf@gmail.com,
     229ecf@glpoc.comcastbiz.net
        JOHN A. DIGIAMBERARDINO   on behalf of Debtor   Blake's Trucking, LLC jad@cdllawoffice.com,
     dmk@cdllawoffice.com
        KEVIN G. MCDONALD   on behalf of Creditor   Toyota Motor Credit Corporation
     bkgroup@kmllawgroup.com
        MATTEO SAMUEL WEINER   on behalf of Creditor   Toyota Motor Credit Corporation
     bkgroup@kmllawgroup.com
        United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
                                        TOTAL: 6

LOCAL BANKRUPTCY FORM 9014-3

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                       :        CHAPTER 11
                                             :
BLAKE'S TRUCKING, LLC,                       :        BANKR. NO. 17-12182AMC
                                             :
             Debtor.                         :

### NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE

The United States trustee has filed **a Motion to Dismiss or Convert** with the Court.

**Your rights may be affected.** **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)**

1.    If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before **fourteen days from the date of this Notice,** you or your attorney must do all of the following:

      (a)     file an answer explaining your position at:

          U.S. Bankruptcy Court, Eastern District of Pennsylvania
          400 Washington Street, Suite 300
          Reading, PA 19601

If you mail your answer to the Bankruptcy Clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

      (b)     mail a copy to the movant's attorney:

          Dave P. Adams
          Office of the U.S. trustee
          200 Chestnut Street, Suite 502
          Philadelphia, PA   19106
          Telephone:   (215) 597-4411/Fax: (215) 923-1293

2.    If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

3.    A hearing on the motion is scheduled to be held before the Hon. Ashely M. Chan on **October 3, 2019, at 11:00 a.m. in Courtroom #1**, U. S. Bankruptcy Court, 400 Washington Street, 3rd Floor, Reading, PA 19601.   Unless the court orders otherwise, the hearing on this contested matter will be an evidentiary hearing at which witnesses may testify with respect to disputed material factual issues in the manner directed by Fed. R. Bankr. P. 9014(d).

4.    If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you are on the Clerk's Service List and you request a copy from the attorney named in paragraph 1(b).

5.    You may contact the Bankruptcy Clerk's office at (610) 208-5040 to find out whether the hearing has been canceled because no one filed an answer.

Date:   September 5, 2019.