UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

BLAKE'S TRUCKING, LLC           NO. 17-12182 AMC
                                CHAPTER 11

PRAECIPE TO WITHDRAW
OBJECTION OF PACCAR FINANCIAL CORP TO US TRUSTEE'S MOTION
TO DISMISS CHAPTER 11 CASE

TO THE CLERK:

Please mark as withdrawn the objection of PACCAR Financial Corp to the Motion of the US Trustee to Dismiss the Chapter 11 case.

September 16, 2019

GERSHMAN LAW OFFICES PC

_____
Howard Gershman
610 York Road, Ste. 200
Jenkintown, PA 19046
215 886 1120

I certify a true and correct copy hereof served this date upon:

John DiGiamberardino, Esquire
Case & Di Giamberardino PC
845 North park Road, Ste. 101
Wyomissing, PA 19601

Dave P. Adams, Esquire
Office of US Trustee
200 Chestnut Street, Ste. 502
Philadelphia, PA 19106

Scott F. Waterman, Trustee
2901 St Lawrence Avenue
Suite 100
Reading, PA 19606