IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                              :    CHAPTER 11
                                                    :
BLAKE'S TRUCKING, LLC,                              :    BANKR. NO. 17-12182AMC
                                                    :
          Debtor.                                   :

## JUDGMENT AGAINST DEBTOR
## AND ORDER DISMISSING CASE

AND NOW, this  3rd  day of October, 2019, upon consideration of the U. S. trustee's Motion to Dismiss, and his request for entry of a judgment against the Debtor for all unpaid fees pursuant to 28 U.S.C. § 1930(a)(6), and the Debtor's response, if any, it is now, therefore,

ORDERED as follows:

Judgment is hereby entered in favor of the United States trustee against the Debtor in the principal sum of $ 650.00 , plus applicable interest, if any, being the actual or minimum amount of the accrued but unpaid fees to the United States trustee pursuant to 28 U.S.C. § 1930(a)(6), as amended;

IT IS FURTHER ORDERED that the U. S. trustee's Motion to Dismiss is GRANTED and this case is hereby DISMISSED.

_____
Honorable Ashely M. Chan
United States Bankruptcy Judge