United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 17-12182-amc
Blake's Trucking, LLC                                                 Chapter 11
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4        User: SaraR           Page 1 of 2          Date Rcvd: Oct 03, 2019
                            Form ID: pdf900       Total Noticed: 25

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 05, 2019.
db          +Blake's Trucking, LLC,    133 Constitution Ave.,    Reading, PA 19606-9410
smg         +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
              Allentown, PA 18101-1603
smg          City Treasurer,    Eighth and Washington Streets,    Reading, PA  19601
smg         +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg         +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg         +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
13891416    +Christopher Blake,    133 Constitution Ave.,    Reading, PA 19606-9410
13891415    +Christopher and Mitizene Blake,    133 Constitution Ave.,    Reading, PA 19606-9410
13891418    +National Tire and Battery/Citi Card,    P.O. Box 6497,    Sioux Falls, SD 57117-6497
13891420    +Renata Bukhman, Esquire,    17 State St., Ste. 4000,    New York, NY 10004-1508
13891421    +Spark Funding, LLC,    17875 Collins Ave.,    Sunny Isles Beach, FL 33160-2718
13925043    +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
13902946    +Wells Fargo Bank, N.A.,    Business Direct Division,    P.O. Box 29482,    Phoenix, AZ 85038-9482

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: cio.bncmail@irs.gov Oct 04 2019 03:06:45     Internal Revenue Service,
              P.O. Box 7346,    Philadelphia, PA  19101-7346
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 04 2019 03:06:56     Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
              Harrisburg, PA  17128-0946
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Oct 04 2019 03:07:05     U.S. Attorney Office,
              c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr          +E-mail/Text: ra-li-ucts-bankhbg@state.pa.us Oct 04 2019 03:07:20     Commonwealth of PA  UCTS,
              651 Boas Street, Room 702,    Harrisburg, PA 17121-0751
13891414     E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Oct 04 2019 03:05:09
              Capital One Bank USA NA,    15000 Capital One Drive,    Richmond, VA 23238
13891417     E-mail/Text: megan.harper@phila.gov Oct 04 2019 03:07:11     City of Philadelphia,
              1401 JFK Blvd.,    Philadelphia, PA 19107
13891681    +E-mail/Text: ra-li-ucts-bankhbg@state.pa.us Oct 04 2019 03:07:20     COMMONWEALTH OF PA  UCTS,
              DEPARTMENT OF LABOR AND INDUSTRY,    COLLECTIONS SUPPORT UNIT,    651 BOAS STREET, ROOM 702,
              HARRISBURG, PA 17121-0751
13891419     E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 04 2019 03:06:55     PA Dept. of Revenue,
              Dept. 280946,    Attn: Bankruptcy Division,    Harrisburg, PA 17128-0946
14279260     E-mail/Text: pfc.bankruptcy.packages@paccar.com Oct 04 2019 03:07:14     PACCAR Financial Corp,
              Attn: Linda Markle Bky Specialist,    PO Box 1518,    Bellevue, WAS 98009
14279433    +E-mail/Text: pfc.bankruptcy.packages@paccar.com Oct 04 2019 03:07:14     PACCAR Financial Corp,
              777 106th Avenue NE,    Bellevue WA 98004-5027
13931989     E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 04 2019 03:06:56
              Pennsylvania Department of Revenue,    Bankruptcy division, P O Box 280946,
              Harrisburg P A 17128-0946
13891422     +E-mail/Text: bankruptcy@yellowstonecapllc.com Oct 04 2019 03:07:17     Yellowstone Capital LLC,
              One Evertrust Plaza, Ste. 1401,    Jersey City, NJ 07302-3087
                                                                                              TOTAL: 12

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13961398*     +COMMONWEALTH OF PA  UCTS,    DEPARTMENT OF LABOR AND INDUSTRY,    COLLECTIONS SUPPORT UNIT,
               651 BOAS STREET, ROOM 702,    HARRISBURG, PA 17121-0751
                                                                                               TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 05, 2019                                 Signature:  /s/Joseph Speetjens

```
District/off: 0313-4          User: SaraR                Page 2 of 2              Date Rcvd: Oct 03, 2019
                              Form ID: pdf900            Total Noticed: 25
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 3, 2019 at the address(es) listed below:
              DAVE P. ADAMS    on behalf of U.S. Trustee    United States Trustee dave.p.adams@usdoj.gov
              HOWARD   GERSHMAN    on behalf of Creditor    PACCAR Financial Corp. hg229ecf@gmail.com,
               229ecf@glpoc.comcastbiz.net
              JOHN A. DIGIAMBERARDINO    on behalf of Debtor    Blake's Trucking, LLC jad@cdllawoffice.com,
               dmk@cdllawoffice.com
              KEVIN G. MCDONALD    on behalf of Creditor    Toyota Motor Credit Corporation
               bkgroup@kmllawgroup.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    Toyota Motor Credit Corporation
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 6
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: : CHAPTER 11
:
BLAKE'S TRUCKING, LLC, : BANKR. NO. 17-12182AMC
:
Debtor. :

**JUDGMENT AGAINST DEBTOR
AND ORDER DISMISSING CASE**

AND NOW, this  3rd  day of October, 2019, upon consideration of the U. S. trustee's Motion to Dismiss, and his request for entry of a judgment against the Debtor for all unpaid fees pursuant to 28 U.S.C. § 1930(a)(6), and the Debtor's response, if any, it is now, therefore,

ORDERED as follows:

Judgment is hereby entered in favor of the United States trustee against the Debtor in the principal sum of $ 650.00 , plus applicable interest, if any, being the actual or minimum amount of the accrued but unpaid fees to the United States trustee pursuant to 28 U.S.C. § 1930(a)(6), as amended;

IT IS FURTHER ORDERED that the U. S. trustee's Motion to Dismiss is GRANTED and this case is hereby DISMISSED.

Honorable Ashely M. Chan
United States Bankruptcy Judge